UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARY S. ANDREE,

        Plaintiff,                              Case No. 1:10-CV-1185

v.                                            HON. GORDON J. QUIST

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
                                       /

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff objects to the Magistrate Judge's Report and Recommendation ("R & R") issued on March 13, 2012, recommending that the Commissioner's decision denying Plaintiff's application for Social Security disability insurance benefits be affirmed. (Docket no. 15.) The Magistrate Judge concluded that substantial evidence supported the ALJ's determination that Plaintiff was not disabled as defined in the Social Security Act. Plaintiff has filed objections to the R & R. (Docket no. 16.)

"The district judge must determine de novo any part of the Magistrate Judge's disposition that has been properly objected to." Fed. R. Civ. P. 72(b)(3). De novo review in these circumstances requires at least a review of the evidence before the Magistrate Judge. *Hill v. Duriron Co.*, 656 F. 2d 1208, 1215 (6th Cir. 1981). The Court has conducted a de novo review of the Magistrate Judge's R & R, along with a review of the evidence before the Magistrate Judge, and concludes that the R & R should be adopted as the Opinion of this Court.

Plaintiff's objections present the same arguments and legal authority that Plaintiff made to the Magistrate Judge. The Magistrate Judge's analysis is very thorough and correct. This Court finds no error and has nothing to add to Magistrate Judge's analysis. Therefore,

**IT IS HEREBY ORDERED** that the R & R (docket no. 15) is **ADOPTED** as the Opinion of this Court, and the Commissioner's decision is **AFFIRMED**.  Judgment will be entered for Defendant.

This case is **concluded**.


Dated: March 30, 2012              /s/ Gordon J. Quist
                                                                   GORDON J. QUIST
                                              UNITED STATES DISTRICT JUDGE